IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS SCARANTINO, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CARDCONNECT CORP., JEFFREY SHANAHAN, RICHARD GARMAN, CHRISTOPHER WINSHIP, PETER BURNS, TOOS N. DARUVALA, RONALD L. TAYLOR, FIRST DATA CORPORATON, and MINGLEWOOD MERGER SUB INC., <br><br> Defendants. | Case No. 2:17-cv-02677-MMB |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

NOTICE IS HEREBY GIVEN, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, that Plaintiff Louis Scarantino voluntarily dismisses as moot this action in its entirety and with prejudice as to himself only and without prejudice as to the other members of the putative class. This notice of dismissal is being filed before any Defendant has filed either an answer or a motion for summary judgment.

Dated:  July 12, 2017
         Berwyn, Pennsylvania

RM LAW, P.C.

OF COUNSEL:

Brian D. Long
Gina M. Serra
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, Delaware 19803
Tel: (302) 295-5310

 */s/ Richard A. Maniskas*
Richard A. Maniskas
1055 Westlakes Drive, Suite 3112
Berwyn, Pennsylvania 19312
Tel: (484) 324-6800

*Attorneys for Plaintiff Louis Scarantino*